IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF IOWA

| | | |
|---|---|---|
| CASSIE NULL, | : | Civil Action No. 3:10-CV-00155 |
| Plaintiff, | : | |
| vs. | : | |
| GURSTEL, STALOCH & CHARGO, P.C. and DISCOVER BANK | : | |
| Defendants. | : | |

DISMISSAL WITH PREJUDICE

Plaintiff by her attorney Ray Johnson hereby dismisses this matter with prejudice. Plaintiff signs out for costs.

*/s/ Ray Johnson*
RAY JOHNSON
AT0004019
JOHNSON LAW FIRM
950 Office Park Rd.
Suite 335
West Des Moines, Iowa 50265
Phone: (515) 224-7090
Fax: (515) 222-2656
Johnsonlaw29@aol.com